

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2016

No. 04-16-00384-CR

**IN RE** Andre **CLEWIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Jason Pulliam, Justice

On June 20, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 29, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2005CR9206C, styled *The State of Texas v. Andre Clewis*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.